IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

DAVID COOPER,
PLAINTIFF,

v.    CASE NO. 2:07-CV-10-MHT

U.S. MAGISTRATE JUDGE DELORES R. BOYD:
DEFENDANTS

RECEIVED 2007 JAN -3 A 9:48 U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION TO NOTIFY THE COURT OF MISCELLANEOUS MATTERS

Comes now, the plaintiff, prose, in the above style manner, pursuant to it's Rule and or 1st Statute, motion to notify the court of miscellaneous matters. Plaintiff wish to inform this honorable court that prior to this dated I have request from the Montgomery County Detention Facility twice copies of my inmate's account for the last past six months to inform this court that prior to Case No. 2:06-CV-418-MHT his account balance has change at that he is still indigent, and that the M.C.D.F. is only trying to stop plaintiff because they no plaintiff, doesn't have a programmed mind like mostly the other inmates here, and they also know additional suits are coming on them as well and no only the court systems. Plaintiff hope this is exceptable because he is not trying not to allow time to expire.

David Cooper 2743
Date 12-26-06.