IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

DAVID COOPER
    PLAINTIFF,

V.        CASE NO. 2:07-CV-10-MNT

DELORES R. BOYD,
    DEFENDANT

## RESPONDING TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

Comes now, the plaintiff, pro se, in the above style manner, pursuant to F.R.Civ-P and it's rule, responding to the recommendation of the magistrate judge order issue on 1-12-07, First page line two Delores R. Boyd, a former magistrate judge, it is clear that judge Boyd, she's retired leaving plaintiff, medical needs without informing any other member of the judicial branch of his legal action, and if he didn't file this action he would still be setting here waiting to die. plaintiff further states on 1-8-07, filing on a order on motion under case no. 2:06-CV-418-MNT, that the honorable magistrate judge Terry F. Moorer, responded to the filing of a motion motion for on impendent review by the united states District judge, in placed of a united states District judge a magistrate judge responded to the filing legally addressed to a authority higher than a magistrate judge who is without any legal jurisdiction to respond thereof, but attempting to save it's co-worker, also contributing to the violation of plaintiff, seventh amendment right the denial of trial by jury, including that motion for status which was previously granted on several dated 9-27-06 and 11-6-06, pending a determination dated being set a review base on plaintiff, complaint, defendants written report,

(2)

and plaintiff, opposition judge Moorer, who is saying the motion for status which was repeatly granted on 9-27-06, and 11-6-06, is denied on Case No. 2:06-CV-415-MHT, and now turn around and on Case No. 2:07-CV-10-MHT, without allowing former judge Boyd, to respond and defend her self immediately I wonder, an attack on plaintiff, in judge Boyd defense totally trying to cove for her simply because she is a co-worker. Further plaintiff, didn't bring this action under Biven v Six unknown Federal narcotic agents, 403 U.S. 388 (1971) which is nothing but error first page line (1) and (2). Further plaintiff, reject the absolute immunity, when it is clearly known that his constitutional rights has been deprive even from a magistrate judge. On judge cannot legally violated plaintiff right as they choosen. Further page 2, bottom of page second paragraph foot notes all those attached documents was suppose to be filed with Case No. 2:07-CV-11-MHT, Carter et al, Defendants, and that the clerk has error and plaintiff, will request that all documents filed to Case No. 2:07-CV-11-MHT, be placed in the appropriate action as originally filed. Plaintiff, further states he is not harrassing or attempting to intimidate anyone, Surely judge Boyd is free to exercise her authority in according to law, and not of her own personal will, are to step on peoples because she is a magistrate judge, and violated plaintiff, rights who also is contributing to the delay of adquate medical needs, the plaintiff cousin't care about her position in society nor will he bow down to human will regarding his life and rights. Judge Boyd, repeatly step on plaintiff and make fun of plaintiff, medical situation, on order on motion dated 6-16-06, Second paragraph line 4, 5, Complainting about matters which have occurred daily, weekly, and or monthly as to

which plaintiff, have that right legally, including to amend his action, but it is judge Boyd, by this statement gave the defendants in Case NO. 2:06-cv-418-MHT, a license to continue to abuse plaintiff, medical needs, again on 11-6-06, filing order on motion Paragraph 3, line one the Same method daily, weekly, or monthly it is clear also that the Fifth Circuit doesn't legal exist anymore in accordingly to page 4 and 5 of Sept 30, 1981, and that both pages are out dated and the 11 eleven Circuit has taken it's place it is the year 2007. Plaintiff, Further is blowing blood out of his nose, believe to be due to prostate Hypertrophy Cancer, one of the Surgery which is immediately needs as exhibit- 3, 4, indicated underline in Case No. 2:06-cv-418-MHT, and who is further Suffering on going situation due to medical needs.

Done this 18th day of January 2007.

David Cooper 2743
M.C.D.F.
P.O. Box 4599
Monty, AL. 36195

# CERTIFICATE OF SERVICE

I plaintiff, has filed a copy of responding to the recommendation of the magistrate judge order, and a certificate of service, to the clerk of the Court.

Done this 18th day of January 2007.

David Cooper 7743
M.C.D.F.
P.O. Box 4599
Montg, AL. 36195

