IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| DAVID COOPER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:07cv010-MHT |
| | ) | (WO) |
| DELORES R. BOYD, | ) | |
| U.S. Magistrate Judge, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Plaintiff, an inmate, filed this lawsuit challenging actions taken by a United States Magistrate Judge. This lawsuit is now before the court on the recommendation of another United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of January, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**