Date 2-16-08    This is my address for now.

Dear Clerk, I am once again in Jail for a repeat crime I am not Guilty of again Failure to register as Sex offender. These are repeat lies this is my address for now, and I am still indigent and request this Court to appoint Counsel in my defense. I only got post card to mail, and I have finally had my third heart Surgery and already had another from these repeat denial of medical treatment. Case No. 06-CV-418 NMF, 07-CV-10, and 07-CV-11 I need Counsel to get records of this Surgery and to represent me because I am still in jail.

Thank you.    David Cooper  500800103

